**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL NO. 15-CR-00042-KKC**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **<u>AGREED STATEMENT OF THE CASE</u>**

**WILLIAM CURTIS HOWELL** **DEFENDANT**

*** * * * ***

Pursuant to the Court's Standing Pretrial and Trial Management Order, the United States and the Defendant through counsel, hereby jointly submit the following proposed statement of the case:

Count One of the Indictment alleges that on or about July 9, 2013, in Perry County, in the Eastern District of Kentucky, the Defendant in this case, William Curtis Howell, while acting under color of law and while aiding and abetting another, willfully deprived Larry Trent of the right, protected and secured by the Constitution and laws of the United States, to due process of law, which includes the right of a pretrial detainee to be free from a jail official's deliberate indifference to his serious medical needs. Specifically, the Defendant and another, knowing that Larry Trent had a serious medical need, willfully failed to provide Larry Trent with necessary medical care, thereby acting with deliberate indifference to a substantial risk of harm to Larry Trent, and resulting in bodily injury to Larry Trent.

Count Two of the Indictment alleges that on or about July 9, 2013, in Perry County, in the Eastern District of Kentucky, the Defendant in this case, William Curtis Howell, while acting under color of law and while aiding and abetting another, willfully deprived Larry Trent of the right, protected and secured by the Constitution and laws of the United States, to due process of law, which includes the right of a pretrial detainee not to be subjected to excessive force amounting to punishment. Specifically, the Defendant and another assaulted Larry Trent, resulting in bodily injury to Larry Trent.

The Defendant William Curtis Howell, denies all of the allegations listed above.

HAVE READ AND AGREE:

s/Hydee R. Hawkins
Hydee R. Hawkins
Assistant United States Attorney
260 West Vine Street
Lexington, KY 40507-1612
(859) 685-4881
hydee.hawkins@usdoj.gov

s/ Sanjay Patel
Sanjay Patel
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW #5200
Washington, DC 20530
(202) 514-3204
(202) 514-8336 FAX
Sanjay.Patel@usdoj.gov

s/Willis G. Coffey
Willis G. Coffey
Coffey and Ford, P.S.C.
P.O. Box 247
Mt. Vernon, Ky. 40456
(606) 256-4405
wgcoffey@yahoo.com