AO 187 (Rev. 7/87) Exhibit and Witness List

Eastern District of Kentucky
**FILED**
MAY 1 1 2017
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Southern Division at London

UNITED STATES OF AMERICA
V.
WILLIAM CURTIS HOWELL

## EXHIBIT AND WITNESS LIST

Case Number: 6:15-cr-42-KKC-2

| PRESIDING JUDGE: KAREN K. CALDWELL | PLAINTIFF'S ATTORNEY Hydee Hawkins and Sanjay Patel | DEFENDANTS ATTORNEY Willis G. Coffey |
|---|---|---|
| JURY TRIAL: 5/8/2017 thru 5/12/2017 | COURT REPORTER Sandy Wilder | COURTROOM DEPUTY Jackie Brock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 59 | | 5/8/2017 | X | X | Stipulation regarding proper chain of custody |
| 9 | | 5/8/2017 | X | X | Stipulation regarding cause of death |
| W1 | | 5/8/2017 | | | **WITNESS: MICHAEL ANTHONY FORD** |
| 7d | | 5/8/2017 | X | X | Still photo taken from video footage on 7/9/13 |
| W2 | | 5/8/2017 | | | **WITNESS: JOEL ABNER** |
| 1a | | 5/8/2017 | X | X | Diagram showing interior of KRRJ |
| 51 | | 5/8/2017 | X | X | KRRJ inmate rosters showing cell assignments on 7/9/13 |
| 52 | | 5/8/2017 | X | X | KRRJ inmate roster showing cell assignment for Dexter Jones and Randall Howard on 7/9/13 |
| 53 | | 5/8/2017 | X | X | KRRJ inmate roster showing cell assignment for Jimmy Kirkwood on 7/9/13 |
| 2n | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2p | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 1b | | 5/8/2017 | X | X | Diagram showing interior of KRRJ |
| 2m | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2a | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2b | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2k | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2l | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2o | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2j | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2c | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/13 |
| 2d | | 5/8/2017 | X | X | Photo of detox area and booking area taken on7/9/135/ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | United States of America | vs. | William Curtis Howell | CASE NO. 6:15-cr-42-KKC-2 | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 2i | | 5/8/2017 | X | X | Photo of detox area and booking area taken on 7/9/13 | |
| 2e | | 5/8/2017 | X | X | Photo of detox area and booking area taken on 7/9/13 | |
| 2g | | 5/8/2017 | X | X | Photo of detox area and booking area taken on 7/9/13 | |
| 2h | | 5/8/2017 | X | X | Photo of detox area and booking area taken on 7/9/13 | |
| 2f | | 5/8/2017 | X | X | Photo of detox area and booking area taken on 7/9/13 | |
| 6a-b | | 5/8/2017 | X | X | Two DVD's with KRRJ video footage from 7/9/13 | |
| 5a-j | | 5/8/2017 | X | | Photographs of shoes collected from deputy jailers as evidence on 7/9/13 | |
| 45 | | 5/8/2017 | X | X | Photograph with physical description of William Curtis Howell | |
| 37 | | 5/8/2017 | X | X | Incident report by William Curtis Howell dated 7/9/13 | |
| 44 | | 5/8/2017 | X | X | Taser report completed by William Curtis Howell on 7/9/13 | |
| 46 | | 5/8/2017 | X | X | Observation log completed by Damon Hickman for Larry Trent | |
| 3a-f | | 5/8/2017 | X | X | Photographs of KRRJ deputy jailers on 7/9/13 | |
| 5a-l | | 5/8/2017 | X | X | Photographs of shoes collected from deputy jailers as evidence on 7/9/13 | |
| 4b-d | | 5/8/2017 | X | X | Photographs of Taser taken on 7/9/13 | |
| 15 | | 5/8/2017 | X | X | Black boots seized from William Curtis Howell on 7/9/13 *Returned to Agent C. Hubbuch* | |
| 21 | | 5/8/2017 | X | X | Black boots seized from Damon Hickman on 7/9/13 *Returned to Agent C. Hubbuch* | |
| 30 | | 5/8/2017 | X | X | Taser X-26 serial #X00-179127 used in altercation on 7/9/13 *Returned to Agent C. Hubbuch* | |
| 8g | | 5/8/2017 | X | X | Photo taken of Larry Trent at ARH | |
| 8j | | 5/8/2017 | X | | Photo taken of Larry Trent at ARH | |
| 8k | | 5/9/2017 | X | X | Photo taken of Larry Trent at ARH | |
| 18 | | 5/9/2017 | X | X | Black boots seized from Will Holland on 7/9/13 *Returned to Agent C. Hubbuch* | |
| 10 | | 5/9/2017 | X | X | Shoes seized from Tony Smith on 7/9/13 *Returned to Agent C. Hubbuch* | |
| 19 | | 5/9/2017 | X | X | Blue jeans seized from Damon Hickman on 7/9/13 *Returned to Agent C. Hubbuch* | |
| 20 | | 5/9/2017 | X | X | Black t-shirt seized from Damon Hickman on 7/9/13 *Returned to Agent C. Hubbuch* | |
| 13 | | 5/9/2017 | X | X | Gray Shirt seized from Curt Howell on 7/9/13 *Returned to Agent C. Hubbuch* | |
| 14 | | 5/9/2017 | X | X | Black pants seized from Curt Howell on 7/9/13 *Returned to Agent C. Hubbuch* | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | | William Curtis Howell | CASE NO. 6:15-cr-42-KKC-2 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| **W3** | | 5/9/2017 | | | **WITNESS: GARY SCOTT SANDLIN** | |
| 8a-f | | 5/9/2017 | X | X | Photos taken of Larry Trent at ARH | |
| 8h-j | | 5/9/2017 | X | X | Photos taken of Larry Trent at ARH | |
| **W4** | | 5/9/2017 | | | **WITNESS: DR. LARRY FRANCIS** | |
| 55 | | 5/9/2017 | X | X | Medical records from ARH for treatment of Larry Trent on 7/9/13 | |
| 56 | | 5/9/2017 | X | X | X-ray of pelvic fracture taken of Larry Trent | |
| **W5** | | 5/9/2017 | | | **WITNESS: JAMES COMBS** | |
| 50a-c 50j | | 5/9/2017 | X | X | KRRJ deputy jailer time cards for 7/8/13 and 7/9/13 | |
| **W6** | | 5/9/2017 | | | **WITNESS: JASON TURNER** | |
| 50e | | 5/9/2017 | X | X | KRRJ deputy jailer time card for 7/8/13 and 7/9/13 | |
| **W7** | | 5/9/2017 | | | **WITNESS: DAMON WAYNE HICKMAN** | |
| 38 | | 5/9/2017 | X | | Damon Hickman Plea Agreement | |
| 49 | | 5/9/2017 | X | X | KRRJ booking sheet for Larry Trent | |
| **W8** | | 5/9/2017 | | | **WITNESS: HAZEL KILBURN** | |
| **W9** | | 5/10/2017 | | | **WITNESS: FALLON HALL** | |
| 61 | | 5/10/2017 | X | | Grand Jury testimony of Fallon Hall | |
| 62 | | 5/10/2017 | X | | Transcript of taped interview of Fallon Hall with Kentucky State Police | |
| **W10** | | 5/10/2017 | | | **WITNESS: HAZEL WATTS** | |
| 60 | | 5/10/2017 | X | | Transcript of taped interview of Hazel Watts with Kentucky State Police | |
| **W11** | | 5/10/2017 | | | **WITNESS: RANDALL HOWARD** | |
| **W12** | | 5/10/2017 | | | **WITNESS: ROBERT MAGGARD** | |
| 7a | | 5/10/2017 | X | X | Still photo taken from video footage on 7/9/13 | |
| **W13** | | 5/10/2017 | | | **WITNESS: MIZE NEACE, JR.** | |
| 50i | | 5/10/2017 | X | X | KRRJ deputy jailer time card for 7/8/13 and 7/9/13 | |
| 6d | | 5/10/2017 | X | X | KRRJ video footage from 7/9/13 | |
| **W14** | | 5/10/2017 | | | **WITNESS: CHRISTOPHER HUBBUCH** | |
| **W15** | | 5/10/2017 | | | **WITNESS: JEFF CARTER** | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | United States of America | | vs. | William Curtis Howell | CASE NO. 6:15-cr-42-KKC-2 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 42 | | 5/10/2017 | X | X | DOC training records for William Curtis Howell |
| 47a-b | | 5/10/2017 | X | X | Jeff Carter training outlines for Use of Force and Code of Ethics classes |
| | W1 | 5/10/2017 | | | **WITNESS: WILLIAM CURTIS HOWELL** |
| 64 | | 5/10/2017 | X | X | KRRJ Incident Report by Tim Kilburn |
| 65 | | 5/10/2017 | X | X | William Curtis Howell's application for unemployment |
| | W2 | 5/11/2017 | | | **WITNESS: ELISHA CAUDILL** |
| | W3 | 5/11/2017 | | | **WITNESS: HAROLD MAZUREK** |
| | W4 | 5/11/2017 | | | **WITNESS: MATT AMBURGEY** |
| | 1 | 5/11/2017 | X | X | DVD with KRRJ video footage from 7/9/13 |
| | W5 | 5/11/2017 | | | **WITNESS: JOHN REES** |
| 40f | | 5/11/2017 | X | X | KRRJ policies |
| 40c | | 5/11/2017 | X | X | KRRJ policies |
| 39 | | 5/11/2017 | X | X | Acknowledgement of KRRJ policies signed by William Curtis Howell on 12/11/11 |
| WI6 | | 5/11/2017 | | | **REBUTTAL WITNESS: ROY LAWSON** |
| CT1 | | 5/11/2017 | X | X | **COURT EXHIBIT:** Draft set of Jury Instructions |